Matter of Beckett (2025 NY Slip Op 05865)





Matter of Beckett


2025 NY Slip Op 05865


Decided on October 23, 2025


Appellate Division, Third Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided and Entered:October 23, 2025

PM-235-25
[*1]In the Matter of Suzann Leigh Beckett, an Attorney. Attorney Registration No. 2208684.)

Calendar Date:October 20, 2025

Before:Garry, P.J., Clark, Aarons, Lynch and Powers, JJ.

David A. Lewis Law PLLC, New York City (David A. Lewis of counsel), for respondent.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.



Per Curiam.
Suzann Leigh Beckett was admitted to practice by this Court in 1988 and lists a business address in West Hartford, Connecticut with the Office of Court Administration. Beckett now seeks leave to resign from the New York bar for nondisciplinary reasons (see  Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Beckett's application.
Upon reading Beckett's affidavit sworn to August 26, 2025 and filed August 29, 2025, and upon reading the October 14, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Beckett is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.

Garry, P.J., Clark, Aarons, Lynch and Powers, JJ., concur.
ORDERED that Suzann Leigh Beckett's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Suzann Leigh Beckett's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally  Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Suzann Leigh Beckett is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Beckett is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Suzann Leigh Beckett shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.









